IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DEBORAH M. SOWL
and KERRY T. SOWL,

    Plaintiffs,

v.

ONEWEST BANK, FSB,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 10-cv-203-bbc

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of defendant One West Bank, FSB against plaintiffs Deborah M. Sowl and Kerry T. Sowl dismissing plaintiffs' case.

_Peter Oppeneer_, Clerk of Court      3/4/11, Date